CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR - 1 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT ROSELLE OLIVER,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:08cv00223 |
| v. | ) ) ) | **FINAL ORDER** |
| NURSE S. CHURCH, et al.,<br>    Defendants. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1). Any pending motions are hereby **DENIED as MOOT**, and this case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge